a                certificate            of              service              is:

_Melvin Tyree Ellis_
Full Name/Prisoner Number

_200 Jefferson County PKWY Golden Co 80401_
Complete Mailing Address

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2019

JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the Court)

_____

_Melvin Tyree Ellis_____, Plaintiff(s),
Full name(s) and prisoner number(s)
(Do not use *et al.*)

v.

_____

_Intervention Community Correction Services_____, Defendant(s).
(Do not use *et al.*)

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES

1. _Melvin Ellis_ is a citizen of _Colorado_ who
   (Plaintiff)                                    (State)
presently resides at _200 Jefferson County PKWY Golden Co 80401_ .
                        (Mailing address or place of confinement)

2. Defendant _T.C.C.S._ is a citizen of _Colorado_
   (Name of first defendant)                    (State)

whose address is _1651 Kendall Street Lakewood, Colorado 80214_ ,

and who is employed as _I.C.C.S. Halfway House_ . At the time claim(s)
                        (Title and place of employment)

OFFICE OF ATTORNEY GENERAL
STATE OF COLORADO
1525 SHERMAN STREET – 5TH FLOOR
DENVER, CO 80203

RE: STATUTORY NOTICE OF INTENT PURSUANT TO C.R.S 24-10-109. PURSUANT TO STATUE, I HEREBY TENDER MY NOTICE OF INTENT TO BRING LEGAL ACTION IN THE FOLLOWING COURT:

_Intervention Community Correction Services Halfway_

_House - 1651 Kendall Street_

_Lakewood, Colorado 80214_

1. MY FULL NAME AND ADRESS IS:

_Melvin Tyree Ellis_

_200 Jefferson County Parkway_

_Golden, Colorado 80401_

2. I AM NOT REPRESENTED BY AN ATTORNEY AT THIS TIME. IN THE EVENT COUNSEL IS RETAINED, YOU WILL BE SO INFORMED.

3. THE BASIS OF MY COMPLAINT IS AS FOLLOWS.

_The principle is I have been touch inappropriate constantly when sleeping. Exposure_

of private area's sexual abuse and sexual harrassment. Damages to the male organ the penis and scrotum. Lack of concentration to concentrate to process or pay direct attention on a single object. Lack of circulation pass through the body. Having ability of the body and quality of being able fitness, power, and skill. My body is not functionally functioning to the best of it ability. My body is to function for special purpose, quality and trait. The particular purpose a thing is specially fitted or used for which a thing exist. → Depreciation to my body belittle and express disapproval. "While sleeping entering my anal pushing feces back up into my intestine poisoning me, making it harder for my body to function". I feel like something been removed out my body.

## 4.   THE NAMED PERSONS/ DEFENDANTS IN THIS ACTION WILL BE:

A. _Intervention Community_          B. _____

_Correction Services Halfway_         _____

_House_ _____         _____

_____         _____

C. _____      D. _____

_____         _____

_____         _____

_____         _____

=================================================================

## 5.   THE NATURE AND EXTENT OF THE DAMAGES I HAVE SUFFERED AS A RESULT OF THE DELIBERATE INDIFFERENCE TO THIS ARE AS FOLLOWS:

The nature and extent of damages I have suffered as I investigate and carefully

think over. To come to know or recognize result in a consequence and a Lifetime effect on my life. I dislike the behavior from staff and clients at I.C.E.S.. There is no liking for the sexual abuse, sexual harassment, embarrassment or Humiliation, and bodily harm. I have permanent nerve damage, body and Mental Health damage. Disability's I need rehabilitation for that can be beneficial intentional for my future. Everything I said is unprejudiced to what I suffered. Medical attention!

6. I INTEND TO SEEK THE FOLLOWING TYPES OF RELIEF: N/A

( ) ACTUAL DAMAGES (IN THE AMOUNT OF) _____
( )PUMATIVE / EXEMPLARY DAMAGES (APPROXIMATE AMOUNT) _____
( ) NOMINAL DAMAGES (ASSESSED BY THE COURT OR JURY)
( ) INJUNCTIVE RELIEF CONSISTING OF THE FOLLOWING:_____

_____
DATE: MAY 17 , 2019


_Melvin Ellis_
(COMPLAINANT)

COMPLAINANT'S ADDRESS:     Jefferson County Jail
                          200 Jefferson County PKWY
                          Golden, Colorado 80401
                          _____

==================================================================


CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 17 DAY OF MAY , 2019. A TRUE AND CORRECT COPY OF THE FOR GOING "NOTICE OF INTENT" WAS DEPOSITED IN

THE UNITED STATES MAIL POSTAGE PREPAID, AND ADDRESSED TO THE FOLLOWING:


ATTORNEY GENERAL (STATE OF COLORADO)
1525 SHERMAN STREET – 5TH FLOOR
DENVER, CO 80203

AND: *Intervention Community Correction Services*

*1651 Kendall Street*

*Lakewood, Colorado 80214*

_____


_____*Melvin Ellis*_____  DATE: *May 6*, 2 *019*
(COMPLAINANTS SIGNATURE)

# Civil Right Complaint

I have a disability I just Found out recently and maybe a Permanent disability which will last or expected to last for the rest of my life. The last year in a half I've been Incarcerated. 2017, I took a case to trial and lost I was sentence to 27 months Community Correction I was sentence to I.C.C.S. halfway house in Lakewood Colorado. I was there for 3 months before I was regressed back to Jefferson County Jail for non-compliance. I.C.C.S. arrested me before I would Start The Civil Right Complaint.

The time I was there I told staff that I was being sexually assaulted during the time I am sleeping. My private areas felt different all the time and my anal was sore Like it been ripped. My stomach hurt, spine and back hurt I could not have a normal bowel movement while I was there. I can not feel when someone is touching me when I am sleep. Like other people. I just feel different sometimes after I wake up.

During the time I was there I was sexually harassed, sexually assaulted, and assaulted during the time I was sleeping. There was racism towards me for some reason that I have no control over. And prejudice to me because of my disability and that lessen me as a man in there eyes. My private rights and civil rights was totally violated. There are rules the halfway house have to follow to operate a halfway house, there was refusal to obey the rules.

I called D.O.C. Tips line Several times. I talked with the Prea Coordinator about these situation, graveyard staff, and Case Manager. There reply was to move rooms. I Move rooms and it happen again. I have not signed a consent form or gave anybody the Power of Attorney to touch me In any manner when I am sleeping. This is Defamation of Character, Personal Injury, Malfeasance not following proper procedures "AKA" Playing games.

Signed:
Melvin Ellis

CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and correct copy of the foregoing _A CIVIL_
_RIGHT COMPLAINT_ was transmitted to the following interested parties on the
_17_ day of _MAY_, _2019_, by placing the same with the Jefferson County Sheriff's
Office Detention Facility staff, postage pre-paid, and addressed as follows:

_Attorney General (State of Colorado)_
_1525 Sherman Street 5th floor_
_Denver Colorado 80203_

_James R. Manspeaker, Clerk_
_United States Courthouse Room C-145_
_1929 Stout Street_
_Denver Colorado 80294-3589_

_Intervention Community Correction Services_
_1651 Kendall Street_
_Lakewood, Colorado 80214_

By: _Melvin Ellis_
   (Signature)

   _Melvin Ellis_
   (Print)

Date: _May 17, 2019_

Form #31  (This form does not require notarization)

Melvin Ells
300 Jefferson County Pkwy
Golden, Co 80401

**INDIGENT
LEGAL MAIL**

James R. Manspeaker, Clerk
United State Courthouse Room C-145
1929 Stout Street
Denver, Colorado 80294-3589

**UNCENSORED
INMATE MAIL**

ZIP 80419
02 4W
0000361967 MAY 20 2019

US POSTAGE >> PITNEY BOWES

$ 001.30⁰